180 P.2d 792

**THE RINGLE DEVELOPMENT CORPORATION, a Corporation, Plaintiff and Appellant, v. Manuel SEDILLO, Jesus Sedillo, Amada Sedillo, if living, and if dead, her unknown heirs; Lodema G. Shellhorn and Gilberto Espinosá, Defendants and Appellees.**

No. 4993.

Supreme Court of New Mexico.

May 7, 1947.

R. P. Barnes, Allen M. Tonkin and William J. Truswell, all of Albuquerque, for appellant.

Gilberto Espinosa, of Albuquerque, for appellees.

PER CURIAM.

As the facts and legal points in this case are identical with those in Ringle Development Corp. v. Chavez et al., 51 N.M. 156, 180 P.2d 790, the judgment of the District Court is affirmed on the authority of that case.